IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORRIE JOYNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-494-SLR |
| ) | |
| THOMAS CARROLL, ) | |
| Warden, and JOSEPH ) | |
| R. BIDEN III, Attorney ) | |
| General of the State ) | |
| of Delaware, ) | |
| ) | |
| Respondents. ) | |



### AEDPA ELECTION FORM

1. __✓__     I wish the court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____     I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____   I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____   I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*[signature]*
_____
Petitioner

I/M Collis Johnson
SBI# 333767   UNIT MHU 22 Bu-L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE
19801-3507

Legal Mail