D.I. #_____

# CIVIL ACTION
# NUMBER: 07-494 (SLR)

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

```
7005 1820 0004 3169 7425
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.33 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.13 |

Postmark Here

Sent To: LOREN MEYERS
         DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE
City, State, ZIP+4: 820 N. FRENCH STREET
                    WILMINGTON, DE 19801

PS Form 3800, June 2002          See Reverse for Instructions

D.I. # _____

# CIVIL ACTION NUMBER: 07-494 (SLR)

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.33 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.13 |

Postmark Here

Sent To: Warden Tom Carroll - DCC
Street, Apt. No.; or PO Box No.: 1181 Paddock Road
City, State, ZIP+4: Smyrna, DE 19977

7005 1820 0004 3169 5827

PS Form 3800, June 2002          See Reverse for Instructions