United States District Court
For the District of Delaware


Scanned

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 07CV494 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

07-494-S(

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br><br>C. Signature<br>X [sig]   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Loren Meyers<br>Deputy Attorney General<br>Dept. of Justice<br>820 N. French Street<br>Wilmington, DE 19801 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from: | 7005 1820 0004 3169 7425 |

PS Form 3811, July 1999        Domestic Return Receipt        102595-99-M-1789