IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORRIE JOYNER.,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-494-SLR |
| | ) | |
| **ELIZABETH BURRIS,** Acting Warden and **JOSEPH R. BIDEN, III**, Attorney General for the State of Delaware | ) ) ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1.  Notice is hereby given that certified copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

    a. Superior Court Criminal Docket ID#0202014548

    b. Appellant's Motion for Dismissal of Appeal (247, 2003)

    d. July 14, 2003 Order (247, 2003)

    e. State's Memorandum in Support of Dismissal (42, 2007)

    f. May 4, 2007 Order (42, 2007)

2.  Counsel was unable to obtain copies of certain relevant documents in the possession of the Superior Court because the file was placed in storage. According to Superior Court personnel, the file will be available on January 22, 2008. Accordingly, counsel will obtain and file all relevant documents available in the records of Superior Court on that date.


2

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
DATE: January 18, 2008                                    Del. Bar. ID No. 4612

CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF. I also certify that on January 22, 2008 I will manually file the state court records referenced therein and mail, by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Corrie Joyner
SBI # 00333767
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

>/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: January 18, 2008