IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORRIE JOYNER.,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-494-SLR |
| | ) | |
| **ELIZABETH BURRIS,** Acting Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF SUPPLEMENTAL FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Superior Court documents have been manually filed with the Court and are available in paper form only:

   a. Motion for Postconviction Relief

   b. Order (August 7, 2006)

   c. Affidavit of John S. Edinger, Jr. Esq. and Dawn M. Williams, Esq.

/s/ James T. Wakley<br>
Deputy Attorney General<br>
Department of Justice<br>
820 N. French Street<br>
Wilmington, DE 19801<br>
(302) 577-8500<br>
Del. Bar. ID No. 4612

DATE: January 22, 2008

CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2008, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF.  I also certify that on January 23, 2008 I will manually file the state court records referenced therein and mail, by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Corrie Joyner  
SBI # 00333767  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977

                                       /s/ James T. Wakley  
                                       Deputy Attorney General  
                                       Department of Justice  
                                       820 N. French Street  
                                       Wilmington, DE 19801  
                                       (302) 577-8500  
                                       Del. Bar. ID No. 4612

DATE: January 22, 2008