ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CORRIE JOYNER,                      )
                                    )
        Petitioner,                 )
                                    )
    v.                              )   Civ. Act. No. 1:07-cv-494
                                    )
ELIZABETH BURRIS, Acting Warden     )
and JOSEPH R. BIDEN, III, Attorney  )
General for the State of Delaware   )
                                    )
        Respondents.                )

FILED
JAN 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Pursuant to Title 18 U.S.C. Section 3006A, petitioner request this court to appoint counsel to represent him in this case for the following reasons:

1. The petitioner is unable to afford counsel.

2. The issues involved in this matter are complex.

3. The petitioner is unable to investigate issues pertinent to this case.

4. The petitioner is serving a sentence in restricted housing unit, which is segregation. For this reason he has very limited acces to legal materials, and has no ability to investigate or research various issues.

5. The petitioner is an individual with no legal training, a factor that supports the appointment of counsel.

6. The petitioners lack of legal training, resulted in appeal being filed incorrectly in state court which part of this petition.

7. The petitioner has had to depend on various inmates to assist him in legal endeavors.

8. The lack of appointment of counsel, will prejudice the petitioner.

**WHEREFORE**, the petitioners' motion for the appointment of counsel should be granted.

Dated: January 1, 2008

*Corrie Joyner* (signature)
CORRIE JOYNER, 333767
Delaware Correctional CT.
S.H.U.
1181 Paddock Road
Smyrna, DE  19977

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of aforemention was furnished James T. Wakley, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, DE  19801.

By U. s. Mail this 1st day of January 2008, with sufficient postage affixed thereto.

*Corrie Joyner* (signature)
CORRIE JOYNER, 333767

Mr. Corrie Joyner 333767
Delaware Correctional Center
S.H.U.
1181 Paddock Road
Smyrna, DE 19977



WILMINGTON DE 197
23 JAN 2008 PM 2 L

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801