In The United States District Court
For The District Of Delaware

ORIGINAL

Carrie Joyner,

    Petitioner,

v.

Perry Phelps, Warden, and
Attorney General of The
State of Delaware,

    Respondents.

Civil Action No. 07-494-SLR

Notice of Appeal

Notice is hereby given that Carrie Joyner, petitioner in the above-entitled matter, appeal to the United States Court of Appeals For The Third Circuit from the Final Judgement entered in this action on June 6, 2008.

          Carrie Joyner, 333767
          1181 Paddock Road - JTVCC
          Smyrna, DE 19977

Dated: July 3, 2008



FILED
JUL 09 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM Carlos Toymes
SBI# 333767 UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
07 JUL 2008 PM 2 L

Clerk of the Court
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

