OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON** | **UNITED STATES COURT OF APPEALS** | TELEPHONE |
| **CLERK** | FOR THE THIRD CIRCUIT | 267-299-4958 |
| | 21400 UNITED STATES COURTHOUSE | |
| | 601 MARKET STREET | |
| | PHILADELPHIA 19106-1790 | |

Website: http://www.ca3.uscourts.gov

July 14, 2008

# NOTICE OF DOCKETING OF APPEAL

**Joyner v. Carroll**

**No.: 07-cv-00494**

**Honorable Sue L. Robinson**

An appeal by **Corrie Joyner** was filed in the above-captioned case on **7/9/08,** and docketed in this Court on **7/14/08,** at No. **08-3030**.

Kindly use the Appeals Docket No. **08-3030** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_DED Appeals**. Please notify Case Manager **Irene Souder-Coyle** at irene_souder-coyle@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**