FPS-417                                                                August 7, 2008

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **08-3030**

Joyner v. Carroll

To:  Clerk

    1)  Motion by Appellant for leave to appeal in forma pauperis

---

    The foregoing motion to proceed in forma pauperis is granted.



A True Copy:

Marcia M. Waldron, Clerk

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated:  August 8, 2008
ISC/cc: Corrie Joyner
       James T. Wakley, Esq.